Núm. 8419.—Sucn. Molina, etc., apldos. v. Sociedad Protectora de los Niños Huérfanos, aplte.—C. D. San Juan. Nulidad de procedimientos hipotecarios y reinvindicación. Noviembre 12, 1942.

(Por la Corte, a propuesta del Juez Asociado Sr. Todd, Jr.)

Vista la moción de los demandantes apelados radicada el 13 de julio de 1942 solicitando la desestimación de este recurso y oídas las partes en relación con la misma en audiencia celebrada el día 9 de noviembre de 1942.

Por cuanto, el primer motivo alegado por los apelados para solicitar la desestimación es al efecto de que ''el complemento de la evidencia ordenado por este Tribunal el día 8 de abril de 1942 . . . no se notificó dicha transcripción a los demandantes apelados''.

Por cuanto, estando la transcripción de evidencia radicada en este caso incompleta, y habiendo esta Corte concedido al apelante en abril 8 de 1942 un término para complementarla, se celebró una vista a ese efecto en la corte inferior y se ordenó que el taquígrafo transcribiera un edicto que no se había incluído en la transcripción original y dicho complemento de evidencia fué debidamente aprobado por la corte inferior y radicado en esta Corte Suprema el día 18 de abril de 1942;

Por cuanto, el propio abogado de los apelados compareció a la vista celebrada en la corte inferior sobre la moción de la apelante para complementar la transcripción de evidencia, y no se opuso a su aprobación;

Por cuanto, si bien dicho complemento de la transcripción de evidencia no le fué notificado a los apelados a la fecha en que radicaron su moción de desestimación, aparece de los autos que les fué notificado antes de celebrarse la vista de dicha moción;

Por cuanto, después de examinados los autos y oídas las partes, no aparece que sea claramente frívolo el recurso de apelación interpuesto en este caso, que es otro de los motivos alegados por los apelados para solicitar la desestimación;

Por cuanto, los otros motivos en que se funda la moción carecen completamente de base, ya que existe en el alegato del apelante un señalamiento de error, y que la decisión de esta Corte en el recurso de certiorari incoado anteriormente por la aquí apelante, no prejuzga

la resolución del recurso de apelación que está ahora ante este Tribunal,

POR TANTO, se declara sin lugar la moción de desestimación.

El Juez Asociado Sr. Snyder no intervino.